1  MATTHEW MORBELLO, SBN 190043
   TEAGUE P. PATERSON, SBN 226659
2  BEESON, TAYER & BODINE, APC
   1404 Franklin Street, 5th Floor
3  Oakland, CA 94612-3208
   Telephone:    (510) 625-9700
4  Facsimile:    (510) 625-8275
   Email:        mmorbello@beesontayer.com
5                tpaterson@beesontayer.com

6  Attorneys for Plaintiffs
   Trustees of the Tri-Counties Welfare Trust Fund
7  and Professional Group Administrators, Inc.

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              AT SAN JOSE
11

12 TRUSTEES OF THE TRI-COUNTIES          Case No. C-07-06332 RMW
   WELFARE TRUST FUND and
13 PROFESSIONAL GROUP                    [PROPOSED] ORDER
   ADMINISTRATORS, INC.,
14                                        Hearing Date:    March 7, 2008
                   Plaintiff,             Hearing Time:    9:00 a.m.
15                                        Courtroom:       Ctrm. 6, 4th Floor
           v.                             Judge:           Hon. Ronald M. Whyte
16 BAHRAT RAKSHAK, DDS, a professional    Complaint Filed: September 28, 2007
   dental corporation, d/b/a RODEO DENTAL Trial Date:      TBD
17 GROUP; LYNNE SIMMS, D.D.S., a
   professional dental corporation, d/b/a RODEO
18 DENTAL GROUP; JESSICA HUANTE,
   individually; BAHRAT RAKSHAK,
19 individually; LYNNE SIMMS, individually;
   DOES 1 through 15 inclusive,
20
                   Defendants.
21

22      The motion of plaintiffs TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND

23 and PROFESSIONAL GROUP ADMINISTRATORS, INC. for an order remanding the above-

24 captioned matter to the Superior Court of the State of California in and for the County of Monterey

25 came on for hearing before the Hon. Ronald M. Whyte, United States District Court Judge, on March

26 7, 2008.

27      Having read the motion, the points and authorities filed by plaintiffs and defendant BHARAT

28 RAKSHAK, DDS., the declarations filed by the parties and with good cause appearing,

                                                                                              1
[PROPOSED] ORDER                                                                       75129.doc
Case No. C-07-06332 RMW

1     IT IS ORDERED that plaintiffs' motion is granted and this matter is hereby remanded to the
2 Monterey County Superior Court, and plaintiffs are awarded their fees and costs incurred as a result
3 of defendant's removal.

4

5 Dated: _____      _____

                                                                                       U.S. DISTRICT JUDGE