1  MATTHEW MORBELLO, SBN 190043
   TEAGUE P. PATERSON, SBN 226659
2  BEESON, TAYER & BODINE, APC
   1404 Franklin Street, 5th Floor
3  Oakland, CA  94612-3208
   Telephone:   (510) 625-9700
4  Facsimile:   (510) 625-8275
   Email:        mmorbello@beesontayer.com
5                tpaterson@beesontayer.com

6  Attorneys for Plaintiffs
   Trustees of the Tri-Counties Welfare Trust Fund
7  and Professional Group Administrators, Inc.

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            AT SAN JOSE
11

12  TRUSTEES OF THE TRI-COUNTIES          Case No. C-07-06332 RMW
    WELFARE TRUST FUND and
13  PROFESSIONAL GROUP                    PROOF OF SERVICE OF NOTICE OF
    ADMINISTRATORS, INC.,                 MOTION AND MOTION TO REMAND/
14                                        MEMORANDUM OF POINTS AND
                         Plaintiff,       AUTHORITIES IN SUPPORT OF MOTION
15                                        TO REMAND [Fed R. Civ. P. 1447(c)];
         v.                               DECLARATION OF MATTHEW
                                          MORBELLO IN SUPPORT OF MOTION
16  BAHRAT RAKSHAK, DDS, a professional   TO REMAND; [PROPOSED] ORDER
    dental corporation, d/b/a RODEO DENTAL
17  GROUP; LYNNE SIMMS, D.D.S., a         Hearing Date:     March 7, 2008
    professional dental corporation, d/b/a RODEO  Hearing Time:     9:00 a.m.
18  DENTAL GROUP; JESSICA HUANTE,         Courtroom:        Ctrm. 6, 4th Floor
    individually; BAHRAT RAKSHAK,         Judge:            Hon. Ronald M. Whyte
19  individually; LYNNE SIMMS, individually;  Complaint Filed:  September 28, 2007
    DOES 1 through 15 inclusive,          Trial Date:       TBD
20
                         Defendants.
21

---

**PROOF OF SERVICE**
Case No. C-07-06332 RMW

1

75301.doc

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612. On this day, I served the foregoing documents:

(1) **NOTICE OF MOTION AND MOTION TO REMAND; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND [Fed R. Civ. P. 1447(c)];**
(2) **DECLARATION OF MATTHEW MORBELLO IN SUPPORT OF MOTION TO REMAND;**
(3) **[PROPOSED] ORDER.**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California:

Michael A. Dubin, Esq.
Hooper, Lundy & Bookman, Inc.
575 Market Street, Suite 300
San Francisco, CA 94105
Tel: 415-875-8500
Fax: 415-875-8519

James Wold, Esq.
Wold Law Group
2455 Mission Street
San Marino, CA 91108
Tel: 626-441-3030
Fax: 626-441-3063

Jessica Huante
750 Colton Drive
Salinas, CA 93907

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California, on this date, January 11, 2008.

/s/
Tanya Gatt

**PROOF OF SERVICE**
Case No. C-07-06332 RMW

2
75301.doc