MATTHEW MORBELLO, SBN 190043
TEAGUE P. PATERSON, SBN 226659
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: mmorbello@beesontayer.com
tpaterson@beesontayer.com

Attorneys for Plaintiffs
Trustees of the Tri-Counties Welfare Trust Fund
and Professional Group Administrators, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND and PROFESSIONAL GROUP ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAHRAT RAKSHAK, DDS, a professional dental corporation, d/b/a RODEO DENTAL GROUP; LYNNE SIMMS, D.D.S., a professional dental corporation, d/b/a RODEO DENTAL GROUP; JESSICA HUANTE, individually; BAHRAT RAKSHAK, individually; LYNNE SIMMS, individually; DOES 1 through 15 inclusive, <br><br> Defendants. | Case No. C-07-06332 RMW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br> [Local Rule 3-16] <br><br> Hearing Date: March 7, 2008 <br> Hearing Time: 9:00 a.m. <br> Courtroom: Ctrm. 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte <br> Complaint Filed: September 28, 2007 <br> Trial Date: TBD |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C-07-06332 RMW

1

75127.doc

1.    Good Samaritan Hospital LP. Provider of medical services and plaintiff in "*Good Samaritan Hospital LP, d/b/a/ Good Samaritan Hospital v. Tri-Counties Health and Welfare Trust Fund, Pacific Health Alliance, Inc., Rodeo Dental Group and Does 1-50*," currently pending in the Santa Clara County Superior Court (Case No. 107CV095539). This case is substantially related to the instant action.

2.    Pacific Health Alliance, Inc. Network provider and co-defendant in case identified in paragraph 1, above.

Dated: January 11, 2008            BEESON, TAYER & BODINE, APC

By:    /s/
TEAGUE P. PATERSON
MATTHEW MORBELLO
Attorneys for Plaintiffs Trustees of the
Tri-Counties Welfare Trust Fund and
Professional Group Administrators, Inc.

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612. On this day, I served the foregoing documents:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Local Rule 3-16]**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California:

Michael A. Dubin, Esq.  
Hooper, Lundy & Bookman, Inc.  
575 Market Street, Suite 300  
San Francisco, CA 94105  
Tel: 415-875-8500  
Fax: 415-875-8519  

James Wold, Esq.  
Wold Law Group  
2455 Mission Street  
San Marino, CA 91108  
Tel: 626-441-3030  
Fax: 626-441-3063  

Jessica Huante  
750 Colton Drive  
Salinas, CA 93907  

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California, on this date, January 11, 2008.

/s/  
Tanya Gatt