1 | MATTHEW MORBELLO, SBN 190043
TEAGUE P. PATERSON, SBN 226659
2 | BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
3 | Oakland, CA 94612-3208
Telephone:   (510) 625-9700
4 | Facsimile:   (510) 625-8275
Email:   mmorbello@beesontayer.com
5 |     tpaterson@beesontayer.com

6 | Attorneys for Plaintiffs
Trustees of the Tri-Counties Welfare Trust Fund
7 | and Professional Group Administrators, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND and PROFESSIONAL GROUP ADMINISTRATORS, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>BAHRAT RAKSHAK, DDS, a professional dental corporation, d/b/a RODEO DENTAL GROUP; LYNNE SIMMS, D.D.S., a professional dental corporation, d/b/a RODEO DENTAL GROUP; JESSICA HUANTE, individually; BAHRAT RAKSHAK, individually; LYNNE SIMMS, individually; DOES 1 through 15 inclusive,<br><br>                              Defendants. | Case No. C-07-06332 RMW<br><br>**PROOF OF SERVICE OF CLERK'S NOTICE OF CONTINUANCE**<br><br>Hearing Date:   March 14, 2008<br>Hearing Time:   9:00 a.m.<br>Courtroom:   Ctrm. 6, 4th Floor<br>Judge:   Hon. Ronald M. Whyte<br>Complaint Filed:   September 28, 2007<br>Trial Date:   TBD |

**PROOF OF SERVICE**
Case No. C-07-06332 RMW

75508.doc

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND, et al., <br><br> Plaintiff, <br><br> v. <br><br> BAHRAT RAKSHAK, DDS, et al., <br><br> Defendant. | ***E-FILED - 1/15/08*** <br><br> CASE NO.: C-07-06332-RMW <br><br> **CLERK'S NOTICE OF CONTINUANCE** <br><br> **NEW DATE: MARCH 14, 2008** <br><br> **TIME: 9:00 AM** |

PLEASE TAKE NOTICE that, on the court's own motion, **PLAINTIFF'S MOTION TO REMAND,** previously set for March 7, 2008, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: January 15, 2008

BY: */s/ Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record:

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1404 Franklin Street, 5th Floor, Oakland, California 94612. On this day, I served the foregoing document:

**CLERK'S NOTICE OF CONTINUANCE**

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California:

Michael A. Dubin, Esq.
Hooper, Lundy & Bookman, Inc.
575 Market Street, Suite 300
San Francisco, CA 94105

James Wold, Esq.
Wold Law Group
2455 Mission Street
San Marino, CA 91108

Jessica Huante
750 Colton Drive
Salinas, CA 93907

Bernadette D. Bantley, Esq.
Bradley, Curley, Asiano, Barrabee & Gale, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939

Arthur W. Curley, Esq.
Bradley, Curley, Asiano, Barrabee & Gale, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939

Meghan Elizabeth Oliveri
Bradley, Curley, Asiano, Barrabee & Gale, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California, on this date, January 15, 2008.

/s/
Tanya Gatt

**PROOF OF SERVICE**
Case No. C-07-06332 RMW

2
75508.doc