ARTHUR W. CURLEY, BAR NO. 60902
BERNADETTE BANTLY, BAR NO. 124659
MEGHAN E. OLIVERI, BAR NO. 236107
BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendant
BHARAT RAKSHAK, DDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND and PROFESSIONAL GROUP ADMINISTRATORS, INC., a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BAHRAT RAKSHAK, DDS, a professional dental corporation, d/b/a RODEO DENTAL GROUP; LYNNE SIMMS, D.D.S., a professional dental corporation, d/b/a RODEO DENTAL GROUP; JESSICA HUANTE, individually; BAHRAT RAKSHAK, individually; LYNNE SIMMS, individually; and DOES 1 through 15, inclusive, <br><br> Defendants. | No. **C-07-06332 RMW** <br><br> **DECLARATION OF BERNADETTE BANTLY IN SUPPORT OF OPPOSITION TO MOTION TO REMAND** <br><br>───────────────<br><br> Hearing Date:  March 14, 2008 <br> Hearing Time:  9:00 a.m. <br> Courtroom:  Courtroom 6, 4th Floor <br> Judge:  Hon. Ronald M. Whyte |

I, Bernadette Bantly, hereby declare:

1. I am an attorney licensed to practice law before this Court and Of Counsel to Bradley, Curley, Asiano, Barrabee & Gale, P.C. attorneys of record for defendant BHARAT RAKSHAK, DDS. The facts stated herein are of my own personal knowledge and are true and correct except as to those matters which are stated upon information and belief and as to those matters I believe them to be true and if called as a witness I could and would competently testify thereto.

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

DECLARATION OF BERNADETTE BANTLY IN SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION TO REMAND Case No. **C-07-06332 RMW**

2.    Prior to filing the removal papers in this case on December 13, 2007, I contacted the Monterey County Superior Court Clerk to determine whether any defendants other than Dr. Rakshak had been served in the state court proceeding, Case No. M86M83.  The Court Clerk advised me that there was no proof of service on file evidencing service on any other defendant.

3.    On January 17, 2007, I inspected the Monterey County Superior Court Clerk's file in Case No. M86M83, which confirms that plaintiffs filed a proof of service by mail regarding Jessica (Huante) Diaz with the court on December 17, 2007, after the case was already removed to this Court.  Attached hereto as Exhibit A is a true and correct copy of the Monterey County Superior Court Clerk's file index.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 14th day of February, 2008 in Larkspur, California.

By: _____
BERNADETTE BANTLY

H:\Docs\TDIC\7356\P\decl of BB in support of opp to motion to remand.wpd

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

DECLARATION OF BERNADETTE BANTLY IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO REMAND

Case 5:07-cv-06332-RMW    Document 16    Filed 02/15/2008    Page 3 of 4

09-28-07 - Complaint. Filed/Issued by: Plaintiff

09-28-07 - Summons: Issued. Filed/Issued by: Clerk

09-28-07 - Civil Case Cover Sheet. Filed/Issued by: Plaintiff

09-28-07 - Notice - CMC Statement. Filed/Issued by: Clerk

11-14-07 - Complaint: Amended-First. Filed/Issued by: Plaintiff

12-05-07 - Notice - related case 107CV095539. Filed/Issued by: Plaintiff

12-06-07 - Proof: Service - Bahrat Rakshak, DDS. Filed/Issued by: Plaintiff. Date Served: 11-15-07

12-06-07 - Proof: Service - Bahrat Rakshak, DDS. Filed/Issued by: Plaintiff. Date Served: 11-15-07

12-11-07 - Answer - as to Bharat Rakshak DDA. Filed/Issued by: Defendant

12-14-07 - Notice - of Plaintiffs of Defendant's Removal to Federal Court. Filed/Issued by: Defendant

12-17-07 - Proof: Service - Arthur W. Curley / Bernadette D. Bantly. Filed/Issued by: Plaintiff. Date Served: 12-14-07

12-17-07 - Proof: Service - by Mail: Jessica Huarte. Filed/Issued by: Plaintiff. Date Served: 11-27-07

12-17-07 - Proof: Service - Jessica Huarte. Filed/Issued by: Plaintiff. Date Served: 11-24-07

## PROOF OF SERVICE
### C.C.P. Section 1013a, C.C.P. Section 2015.5
### Trustees of the Tri-Counties Welfare Trust Fund, et al. v. Bahrat Rakshak, DDS, et al.
### Monterey County Superior Court, Case No. M 86583
United States District Court Northern District of California, Case No. C 07-06332 RMW

I, the undersigned, declare that:

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939.

On **February 15, 2008**, I served the attached:

## DECLARATION OF BERNADETTE BANTLY IN SUPPORT OF OPPOSITION TO MOTION TO REMAND

(____) **BY FACSIMILE**: By transmitting the same from a facsimile machine (415) 464.8887 to the person(s) identified below whose facsimile transmission machine telephone number(s) listed below. The transmission was reported complete without error by a transmission report issued by the sending facsimile transmission machine.

( XXX )**BY MAIL**: I placed a true copy thereof in a sealed envelope, with postage thereon fully prepaid for first-class mail, in the designated outgoing mail receptacle at Bradley, Curley, Asiano, Barrabee & Crawford for collection by another employee who is responsible in the normal course of business, for depositing the stamped envelopes for mailing this same day in the United States Mail at 1100 Larkspur Landing Circle, Larkspur, California addressed to:

| | |
|---|---|
| **Attorneys for Plaintiffs**<br>**Matthew Morbello, Esq.**<br>**Teague P. Paterson, Esq.**<br>**Beeson Tayer & Bodine**<br>**1404 Franklin Street, Fifth Floor**<br>**Oakland, CA 94612**<br>**Tel: (510) 625-9700**<br>**Fax: (510) 625-8275** | **James Wold, Esq.**<br>**Wold Law Group**<br>**2455 Mission Street**<br>**San Marino, CA 91108** |
| **Michael A. Dubin, Esq.**<br>**Hooper, Lundy & Bookman, Inc.**<br>**575 Market Street, Suite 300**<br>**San Francisco, CA 94105** | |

(____) **BY FEDERAL EXPRESS**: I placed a true copy thereof in a sealed Federal Express overnight envelope. The overnight envelope was taken to the Federal Express drop off located at 1100 Larkspur Landing Circle, Larkspur, California, and was addressed as noted above:

(____) **BY PERSONAL SERVICE**: I placed a true copy thereof in a sealed envelope, and caused such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **February 15, 2008**, Larkspur, California.

_____
Shawn P. Gordon

H:\Docs\TDIC\7356\POS\pos opposition dec  02 15 08.wpd