1  ARTHUR W. CURLEY, BAR NO. 60902
   BERNADETTE BANTLY, BAR NO. 124659
2  MEGHAN E. OLIVERI, BAR NO. 236107
   BRADLEY, CURLEY, ASIANO,
3  BARRABEE & GALE, P.C.
   1100 Larkspur Landing Circle, Suite 200
4  Larkspur, California 94939
   Telephone: (415) 464-8888
5  Facsimile: (415) 464-8887

6  Attorneys for Defendant
   BHARAT RAKSHAK, DDS
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 TRUSTEES OF THE TRI-COUNTIES           ) No. C-07-06332 RMW
   WELFARE TRUST FUND and                  )
13 PROFESSIONAL GROUP                      ) DECLARATION OF JESSICA (HUANTE)
   ADMINISTRATORS, INC., a corporation,    ) DIAZ IN SUPPORT OF OPPOSITION TO
14                                         ) MOTION TO REMAND
                   Plaintiffs,             )
15                                         )
          v.                               )
16                                         ) Hearing Date:  March 14, 2008
   BAHRAT RAKSHAK, DDS, a                  ) Hearing Time:  9:00 a.m.
17 professional dental corporation, d/b/a  ) Courtroom:     Courtroom 6, 4th Floor
   RODEO DENTAL GROUP; LYNNE               ) Judge:         Hon. Ronald M. Whyte
18 SIMMS, D.D.S., a professional dental    )
   corporation, d/b/a RODEO DENTAL         )
19 GROUP; JESSICA HUANTE,                  )
   individually; BAHRAT RAKSHAK,           )
20 individually; LYNNE SIMMS,              )
   individually; and DOES 1 through 15,    )
21 inclusive,                              )
                                           )
22                 Defendants.             )
                                           )
23

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

DECLARATION OF JESSICA (HUANTE) DIAZ IN SUPPORT OF OPPOSITION TO MOTION TO REMAND
Case No. C-07-06332 RMW

# DECLARATION OF JESSICA DIAZ

I, Jessica Diaz JD, do hereby declare:

1. I am a former employee of Rodeo Dental Group.

2. I have <u>not</u> been personally served with the Complaint or Amended Complaint filed by Tri-Counties Trust Fund, Monterey County Superior Court Case No. M86583.

3. I live in Salinas, California, but my zip code is <u>not</u> 93950. It is 93907. I have not received any legal papers in the mail from the Beeson, Tayer & Bodine law firm regarding a legal action against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of January, 2008 at Salinas, California.

_____
JESSICA DIAZ

BRADLEY, CURLEY,
ASIANO, BARRABEE
& GALE, 1100 Larkspur
Landing Circle,
Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

**PROOF OF SERVICE**
C.C.P. Section 1013a, C.C.P. Section 2015.5
<u>Trustees of the Tri-Counties Welfare Trust Fund, et al. v. Bahrat Rakshak, DDS, et al.</u>
Monterey County Superior Court, Case No. M 86583
United States District Court Northern District of California, Case No. C 07-06332 RMW

I, the undersigned, declare that:

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1100 Larkspur Landing Circle, Suite 200, Larkspur, CA 94939.

On **February 15, 2008**, I served the attached:

**DECLARATION OF JESSICA HUANTE IN SUPPORT OF OPPOSITION TO MOTION TO REMAND**

(___) **BY FACSIMILE**: By transmitting the same from a facsimile machine (415) 464.8887 to the person(s) identified below whose facsimile transmission machine telephone number(s) listed below. The transmission was reported complete without error by a transmission report issued by the sending facsimile transmission machine.

( XXX ) **BY MAIL**: I placed a true copy thereof in a sealed envelope, with postage thereon fully prepaid for first-class mail, in the designated outgoing mail receptacle at Bradley, Curley, Asiano, Barrabee & Crawford for collection by another employee who is responsible in the normal course of business, for depositing the stamped envelopes for mailing this same day in the United States Mail at 1100 Larkspur Landing Circle, Larkspur, California addressed to:

| Attorneys for Plaintiffs<br>Matthew Morbello, Esq.<br>Teague P. Paterson, Esq.<br>Beeson Tayer & Bodine<br>1404 Franklin Street, Fifth Floor<br>Oakland, CA 94612<br>Tel: (510) 625-9700<br>Fax: (510) 625-8275 | James Wold, Esq.<br>Wold Law Group<br>2455 Mission Street<br>San Marino, CA 91108 |
|---|---|
| Michael A. Dubin, Esq.<br>Hooper, Lundy & Bookman, Inc.<br>575 Market Street, Suite 300<br>San Francisco, CA 94105 | |

(___) **BY FEDERAL EXPRESS**: I placed a true copy thereof in a sealed Federal Express overnight envelope. The overnight envelope was taken to the Federal Express drop off located at 1100 Larkspur Landing Circle, Larkspur, California, and was addressed as noted above:

(___) **BY PERSONAL SERVICE**: I placed a true copy thereof in a sealed envelope, and caused such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **February 15, 2008**, Larkspur, California.

Shawn P. Gordon

H:\Docs\TDIC\7356\POS\pos opposition dec huanyr 02 15 08.wpd