UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: March 14, 2008

Case No. C-07-06332-RMW        JUDGE: Ronald M. Whyte

TRUSTEES OF THE TRI-COUNTIES        -V- BAHRAT RAKSHAK, DDS, et al.
Title

T. Paterson                                                    B. Bantly
Attorneys Present                                    Attorneys Present

COURT CLERK: Jackie Garcia        COURT REPORTER: Irene Rodriguez

PROCEEDINGS

PLAINTIFF'S MOTION TO REMAND

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides and the Court took this matter under submission. The Court to issue a ruling to the parties. The matter is deemed submitted.