1

2

3

4                                                    **E-FILED on** ___3/19/08___

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

**United States District Court**
**For the Northern District of California**

12   TRUSTEES OF THE TRI-COUNTIES              No. C-07-06332 RMW
     WELFARE TRUST FUND and
13   PROFESSIONAL GROUP
     ADMINISTRATORS, INC.,
14
                 Plaintiffs,
15
           v.                                 ORDER DENYING MOTION TO REMAND
16
     BHARAT RAKSHAK, D.D.S., a professional
17   dental corporation, d/b/a RODEO DENTAL
     GROUP; LYNNE SIMMS, D.D.S., a
18   professional corporation, d/b/a RODEO       **[Re Docket No. 7]**
     DENTAL GROUP; JESSICA HUANTE,
19   individually; BHARAT RAKSHAK,
     individually; LYNNE SIMMS, individually;
20   DOES 1 through 15 inclusive,
21                Defendants.

22          Plaintiffs Trustees of the Tri-Counties Welfare Trust Fund ("Tri-Counties") and Professional

23   Group Administrators, Inc. ("PGA") (collectively, "plaintiffs") filed the instant complaint in

24   Monterey County Superior Court on November 14, 2007, alleging, *inter alia*, that defendants

25   attempted to fraudulently enroll defendant Jessica Huante (now Diaz) into the Tri-Counties health

26   benefits plan.  They assert five causes of action: (1) fraud/deceit; (2) negligent misrepresentation; (3)

27   fraudulent concealment; (4) indemnity; and (5) negligence.  Defendant Bharat Rakshak DDS

28

ORDER DENYING MOTION TO REMAND—No. C-07-06332 RMW
MAG

**United States District Court**
For the Northern District of California

1   ("Rakshak") filed a notice of removal on December 13, 2007 removing this case to federal court.

2   Plaintiffs move to remand the matter to state court.

3        Plaintiffs' motion to remand is denied.  This court has jurisdiction because it appears that the

4   resolution of plaintiffs' claims will require interpreting the terms of the collective bargaining

5   agreement pertaining to Huante's employment with Rodeo Dental to determine whether and when

6   Huante was eligible for health benefits.  *See Lingle v. Norge Div. of Magic Chef, Inc.*, 486 U.S. 399,

7   412 (1988).

8

9

10   DATED:      3/19/08                              *Ronald M Whyte*

11                                                   RONALD M. WHYTE
                                                     United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION TO REMAND—No. C-07-06332 RMW
MAG                                                 2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Matthew Alan Morbello        mmorbello@beesontayer.com
Teague Pryde Paterson        tpaterson@beesontayer.com

**Counsel for Defendants:**

Bernadette Bantly            bbantly@professionals-law.com
Arthur W. Curley             acurley@bcamlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    3/19/08                              /s/ MAG
                                          **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California