1  ARTHUR W. CURLEY, BAR NO. 60902
   BERNADETTE BANTLY, BAR NO. 124659
2  MEGHAN E. OLIVERI, BAR NO. 236107
   BRADLEY, CURLEY, ASIANO,
3  BARRABEE & GALE, P.C.
   1100 Larkspur Landing Circle, Suite 200
4  Larkspur, California 94939
   Telephone: (415) 464-8888
5  Facsimile: (415) 464-8887
   Email: bbantly@professionals-law.com
6
   Attorneys for Defendant
7  BHARAT RAKSHAK, DDS, an individual
   (erroneously sued herein as Bahrat Rakshak)
8
   MATTHEW MORBELLO, SBN 190043
9  TEAGUE P. PATERSON, SBN 226659
   BEESON, TAYER & BODINE, APC
10 1404 Franklin Street, 5th Floor
   Oakland, Ca 94612-3208
11 Telephone: (510) 625-9700
   Facsimile: (510) 625-8275
12 Email: mmorbello@beesontayer.com
          tpaterson@beesontayer.com
13
   Attorneys for Plaintiffs
14 Trustees of the Tri-Counties Welfare Trust Fund
   and Professional Group Administrators, Inc.

15

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                       SAN JOSE DIVISION

| | |
|---|---|
| 19 TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND and<br>20 PROFESSIONAL GROUP ADMINISTRATORS, INC., a corporation,<br>21<br>    Plaintiffs,<br>22 v.<br>23 BAHRAT RAKSHAK, DDS, a professional dental corporation, d/b/a RODEO DENTAL<br>24 GROUP; LYNNE SIMMS, D.D.S., a professional dental corporation, d/b/a<br>25 RODEO DENTAL GROUP; JESSICA HUANTE, individually; BAHRAT<br>26 RAKSHAK, individually; LYNNE SIMMS, individually; and DOES 1 through 15,<br>27 inclusive,<br>    Defendants.<br>28 | No. C-07-06332 RMW<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Hearing Date: April 18, 2008<br>Hearing Time: 10:30 a.m.<br>Courtroom: Courtroom 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

Joint Case Management Statement and [Proposed] Order          Case No. C-07-06332 RMW

The parties to the above-entitled action jointly submit this Case Management Statement and [Proposed] Order and request the Court to adopt it as its Case Management Order in this case.

## DESCRIPTION OF THE CASE

1. **A brief description of the events underlying the action:** Rodeo Dental Group ("Rodeo Dental") and Teamsters Local 890 (not a party to this action) are parties to a Collective Bargaining Agreement which requires Rodeo Dental to make contributions to Plaintiff Tri-Counties Welfare Trust ("Tri-Counties") and Tri-Counties to provide heath and welfare benefits to eligible employees performing work covered under the collective bargaining agreement. Jessica (Huante) Diaz ("Ms. Diaz") began her employment with Rodeo Dental in January 2005. On or about October 3, 2005, Ms. Diaz was admitted to Good Samaritan Hospital ("GS Hospital") and gave birth to a premature baby girl. Plaintiffs allege that on the same day Rodeo Dental remitted to Tri-Counties contributions for coverage for Ms. Diaz. Plaintiffs contend Ms. Diaz had ceased working for Defendants and was no longer entitled or eligible for coverage under the plan, which Defendants deny. Ms. Diaz gave GS Hospital a health care insurance card naming Tri-Counties as her insurer. Defendants allege GS Hospital independently confirmed Ms. Diaz's insurance coverage, which Plaintiffs deny. Ms. Diaz and/or her daughter remained hospitalized until February 2006. Plaintiffs have declined coverage of Ms. Diaz's medical expenses on the basis that she was not eligible for coverage and that Rodeo Dental had failed to comply with the Collective Bargaining Agreement with respect to remitting contributions to Tri-Counties for coverage of its employees. Thereafter GS Hospital commenced an action in Santa Clara County Superior Court against Tri-Counties, Rodeo Dental and others seeking payment for the services provided to Ms. Diaz and her child. Concurrently, Tri-Counties commenced the instant action. Defendants claim Ms. Diaz was eligible for benefits under the terms of the Collective Bargaining Agreement, that there was no fraud and that Plaintiffs continually confirmed Ms. Diaz's eligibility with GS Hospital throughout her and her daughter's care and treatment.

2. **The principal factual issues which the parties dispute:**

    (1) Whether Jessica (Huante) Diaz was eligible for benefits under the Collective

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

Joint Case Management Statement and [Proposed] Order                    Case No. C-07-06332 RMW

Bargaining Agreement and the Tri-Counties plan,

    (2) Whether the Parties complied with the terms of the Collective Bargaining Agreement with respect to enrollment of Ms. Diaz, and

    (3) Whether Rodeo Dental and its principals fraudulently enrolled, as alleged by Plaintiffs, Ms. Diaz in Tri-Counties plan notwithstanding the alleged lack of eligibility.

3. **The principal legal issues which the parties dispute:**

    (1) Whether Rodeo Dental and its principals are liable for damages incurred as a result of the suit initiated by GS Hospital in Santa Clara County Superior Court,

    (2) The effect, if any, of the Collective Bargaining Agreement on the parties' respective liabilities, if any,

    (3) Whether the LMRA or ERISA preempt any claims or defenses asserted in this action, and

    (4) Whether service of process was effective on Jessica (Huante) Diaz.

4. **The parties which have not been served and the reasons:** Lynne Simms, DDS, PC and Lynne Simms, DDS (former owner of Rodeo Dental Group) due to inability to locate him. Defendant Bharat Rakshak contends that Jessica (Huante) Diaz has not been properly served, Plaintiffs dispute this contention.

5. **The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:** Defendant Bharat Rakshak's motion to consolidate related Santa Clara Superior Court case, *Good Samaritan Hospital v. Tri-Counties Welfare Trust Fund, Pacific Health Alliance and Rodeo Dental Group*, Case No. 107CV09553 (see filed Notice of Pendency of Other Action), within 60 days.

6. **The following parties consent to assignment of this case to a United State Magistrate Judge for [court or jury] trial:** The Parties do not consent to assignment to a magistrate judge.

## ALTERNATIVE DISPUTE RESOLUTION

7. **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process:** Mediation.

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 3 -

Joint Case Management Statement and [Proposed] Order    Case No. C-07-06332 RMW

8. Please indicate any other information regarding ADR process or deadline. Parties estimate mediation to take place after depositions. Mediation should be completed in approximately September 2008.

### DISCLOSURES

9. The parties certify that they have made the following disclosures: Parties conducted a Meet and Confer telephonic conference call on March 27, 2008 pursuant to F.Rule.Civ.Pro. 26(f). Parties have served their initial disclosures pursuant to Rule 26(f).

### DISCOVERY

10. The parties agree to the following discovery plan: Discovery has commenced in the related Santa Clara County Superior Court case and Parties have stipulated to use that discovery in this case. See Attachment A for the above mentioned Stipulation.

a. **PREVIOUSLY SCHEDULED DISCOVERY**

WRITTEN:

Request for Production of Documents to Plaintiff Tri-Counties Welfare Trust Fund due April 23, 2008.

Form Interrogatories and Request for Production of Documents to Defendant Rodeo Dental Group due May 1, 2008.

DEPOSITIONS:

May 5, 2008: Fritz Conle, Representative of Teamsters Local 890.

May 27, 2008: Janet Dominquez and Darrell Tillmanshoffer, auditors of Lindquist, LLP and Steve Garcia, Trustee of Tri-Counties Welfare Trust Fund.

June 20, 2008: Dr. Bharat Rakshak, DDS.

b. **ANTICIPATED FURTHER DISCOVERY:**

Form Interrogatories, Requests for Admission and Special Interrogatories to Plaintiff.

Requests for Admission and Special Interrogatories to Defendants.

Deposition of Jessica (Huante) Diaz.

Deposition of Lynn Simms, DDS.

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 4 -

Joint Case Management Statement and [Proposed] Order        Case No. C-07-06332 RMW

1 | Depositions of Rodeo Dental employee witnesses.
2 | Depositions of Third-Party Good Samaritan Hospital.

### TRIAL SCHEDULE

11. The parties request a trial date as follows: February 2009.

12. The parties expect that the trial will last for the following number of days: 3-5 days.

Dated: 4/11/08

BEESON, TAYER & BODINE, APC

TEAGUE PATERSON, ESQ.
Attorney for the Plaintiffs

Dated: 4/11/08

BRADLEY, CURLEY, ASIANO,
BARRABEE & GALE, P.C.

BERNADETTE BANTLY, ESQ.
Attorney for Defendant Bharat Rakshak

### [PROPOSED] CASE MANAGEMENT ORDER

The Case Management Statement and [Proposed] Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

*[The Court may wish to make additional orders, such as:*
*i. Referral of the parties to court or private ADR process;*
*ii. Schedule a further Case Management Conference'*
*iii. Schedule the time and content of supplemental disclosures'*
*iv. Specially set motions;*
*v. Impose limitations on disclosure or discovery;*
*vi. Ste time for disclosures of identity, background and opinions of experts;*
*vii. Set deadlines for completing fact and expert discovery;*
*viii. Set time for parties to meet and confer regarding pretrial submissions;*
*ix. Set deadline for hearing motions directed to the merits of the case;*
*x. Set deadline for submission of pretrial material'*
*xi. Set date and time for pretrial conference;*
*xii. Set a date and time for trial.]*

Dated: _____

HONORABLE RONALD M. WHYTE
United States District Judge

H:\Docs\TDIC\7356\P\joint case management statement.FINAL.wpd

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

EXHIBIT A

Case 5:07-cv-06332-RMW   Document 26   Filed 04/11/2008   Page 6 of 8

1  ARTHUR W. CURLEY, BAR NO. 60902
   BERNADETTE BANTLY, BAR NO. 124659
2  MEGHAN E. OLIVERI, BAR NO. 236107
   BRADLEY, CURLEY, ASIANO,
3  BARRABEE & GALE, P.C.
   1100 Larkspur Landing Circle, Suite 200
4  Larkspur, California 94939
   Telephone: (415) 464-8888
5  Facsimile: (415) 464-8887

6  Attorneys for Defendant
   BHARAT RAKSHAK, DDS
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 TRUSTEES OF THE TRI-COUNTIES        )  No. C-07-06332 RMW
   WELFARE TRUST FUND and              )
12 PROFESSIONAL GROUP                  )  STIPULATION AND [PROPOSED] ORDER
   ADMINISTRATORS, INC., a corporation,)  REGARDING DISCOVERY
13                                     )
                  Plaintiffs,          )
14                                     )
                                       )
15         v.                          )
                                       )
16 BAHRAT RAKSHAK, DDS, a              )
   professional dental corporation, d/b/a )
17 RODEO DENTAL GROUP; LYNNE           )
   SIMMS, D.D.S., a professional dental )
18 corporation, d/b/a RODEO DENTAL     )
   GROUP; JESSICA HUANTE,              )
19 individually; BAHRAT RAKSHAK,       )
   individually; LYNNE SIMMS,          )
20 individually; and DOES 1 through 15, )
   inclusive,                          )
21                                     )
                  Defendants.          )
22

23         For purposes of economy, efficiency and to minimize inconvenience to witnesses, IT IS

24 HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective

25 counsel, that any and all discovery, including but not limited to depositions, production of

26 documents, interrogatories, and requests for admissions, taken in the case: *Good Samaritan*

27 *Hospital LP, d/b/a Good Samaritan Hospital, a California limited partnership v. Tri-Counties*

28 *Health and Welfare Trust Fund, a health plan insurer; Pacific Health Alliance, Inc., a California*

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

1  corporation; Rodeo Dental Group, a California business and Does 1-50, inclusive, California
2  Superior Court, Santa Clara County, Case No. 107CV095539, may be used for all purposes,
3  subject to applicable evidentiary objections, in the above captioned federal action. Effective
4  immediately, undersigned parties agree to provide notice and service of all discovery requests,
5  responses to all parties in both cases.

Dated: April ___, 2008                     Dated: April ___, 2008

BEESON TAYER & BODINE, APC                 BRADLEY, CURLEY, ASIANO,
                                           BARRABEE & GALE, P.C.

By: _____                By: _____
    TEAGUE P. PATERSON                         BERNADETTE BANTLY
    Matthew Morsello, Esq.                     Attorneys for Defendant
    Attorneys for Plaintiff                    BHARAT RAKSHAK, DDS
    TRUSTEES OF THE TRI-                       Attorneys for Defendant
    COUNTIES WELFARE TRUST                     RODEO DENTAL GROUP
    FUND and PROFESSIONAL
    GROUP ADMINISTRATORS, INC.
    Attorneys for Defendant
    TRI-COUNTIES HEALTH AND
    WELFARE TRUST FUND

Re: *Good Samaritan Hospital v. Tr-Counties Health and Welfare Trust Fund, et al.*, Santa Clara County Superior Court Case No. 107CV095539:

Dated: April ___, 2008                     Dated: April ___, 2008

HOOPER LUNDY & BOOKMAN, INC.               WOLD LAW GROUP

By: _____                By: _____
    MICHAEL A. DUBIN                           JAMES WOLD
    Glenn E. Solomon, Esq.                     Attorneys for Defendant
    Attorneys for Plaintiff                    PACIFIC HEALTH ALLIANCE,
    GOOD SAMARITAN HOSPITAL                    INC.
    LP

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                          HONORABLE RONALD M. WHYTE

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

H:\Docs\TDIC\7356\P\Stip re discovery consolidation.wpd

- 2 -