1  TEAGUE P. PATERSON, SBN
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, Ca 94612
3  Telephone: (510)625-9700
   Facsimile: (510)625-8275
4  Email:        tpaterson@beesontayer.com

5  Attorneys for Plaintiffs
   Trustees of the Tri-Counties Welfare Trust Fund
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      AT SAN JOSE

11

| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND, | Case No. C-07-06332 RMW |
|---|---|
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | Hearing Date:    April 18, 2008 |
| BHARAT RAKSHAK, DDS, a professional dental corporation, d/b/a RODEO DENTAL GROUP; LYNNE SIMMS, D.D.S., a professional dental corporation, d/b/a RODEO DENTAL GROUP; JESSICA HUANTE, individually; BAHRAT RAKSHAK, individually; LYNNE SIMMS, individually; DOES 1 through 10 inclusive, | Hearing Time:    10:30 a.m. |
|  | Courtroom:    6, 4th Floor, San Jose |
|  | Judge:    Ronald M. Whyte |
| Defendants. |  |

SUBJECT TO APPROVAL OF THIS COURT, Plaintiffs respectfully request that the Court continue the Case Management Conference (CMC) currently set for April 18, 2008 to May 2, 2008 or sometime soon thereafter. Plaintiffs contend there is good cause for this request as follows, specifically an unexpected and unforeseeable personal obligation of Plaintiffs' attorney. Plaintiffs' counsel has conferred with Defendants' counsel who has indicated her availability on May 2, 2008 or May 30, 2008.

The request for continuance is not brought for any improper purpose nor should any party be prejudiced by the continuance.

Date: April 15, 2008

Respectfully submitted,

BEESON, TAYER & BODINE, APC

By: _____/s/_____
TEAGUE P. PATERSON
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Date: _____, 2008

_____
Honorable Ronald M. Whyte
United States District Court Judge for the
Northern District at San Jose