| | |
|---|---|
| 1 | TEAGUE P. PATERSON, SBN |
| 2 | BEESON, TAYER & BODINE, APC<br>1404 Franklin Street, 5th Floor<br>Oakland, Ca 94612 |
| 3 | Telephone: (510)625-9700<br>Facsimile: (510)625-8275 |
| 4 | Email:          tpaterson@beesontayer.com |
| 5 | Attorneys for Plaintiffs |
| 6 | Trustees of the Tri-Counties Welfare Trust Fund |

*E-FILED - 4/16/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

| | |
|---|---|
| TRUSTEES OF THE TRI-COUNTIES WELFARE TRUST FUND,<br><br>                                        Plaintiff,<br><br>          v.<br><br>BHARAT RAKSHAK, DDS, a professional dental corporation, d/b/a RODEO DENTAL GROUP; LYNNE SIMMS, D.D.S., a professional dental corporation, d/b/a RODEO DENTAL GROUP; JESSICA HUANTE, individually; BAHRAT RAKSHAK, individually; LYNNE SIMMS, individually; DOES 1 through 10 inclusive,<br><br>                                        Defendants. | Case No. C-07-06332 RMW<br><br>**REQUEST AND [xxxxxxxxxxxx] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:      April 18, 2008<br>Hearing Time:      10:30 a.m.<br>Courtroom:          6, 4th Floor, San Jose<br>Judge:                    Ronald M. Whyte |

SUBJECT TO APPROVAL OF THIS COURT, Plaintiffs respectfully request that the Court continue the Case Management Conference (CMC) currently set for April 18, 2008 to May 2, 2008 or sometime soon thereafter. Plaintiffs contend there is good cause for this request as follows, specifically an unexpected and unforeseeable personal obligation of Plaintiffs' attorney. Plaintiffs' counsel has conferred with Defendants' counsel who has indicated her availability on May 2, 2008 or May 30, 2008.

1  The request for continuance is not brought for any improper purpose nor should any party be
2  prejudiced by the continuance.
3  Date: April 15, 2008

Respectfully submitted,

BEESON, TAYER & BODINE, APC

By: _____/s/_____
TEAGUE P. PATERSON
Attorneys for Plaintiffs

**IT IS SO ORDERED.** Case Management Conference is reset to May 2, 2008 at 10:30 a.m.

Date: __4/16/08_____, 2008

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge for the
Northern District at San Jose

---

**REQUEST & [xxxxxxxxxx] ORDER CONTINUING CASE MANAGEMENT CONF**
Case No. C-07-06332 RMW

2
81182.doc