# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: May 2, 2008

Case No. C-07-06332-RMW    JUDGE: Ronald M. Whyte

TRUSTEES OF THE TRI-COUNTIES    -V- BAHRAT RAKSHAK, DDS, et al.
Title

T. Paterson    B. Bantly
**Attorneys Present**    **Attorneys Present**

COURT CLERK: Jackie Garcia    COURT REPORTER: Jana Ridenour

## PROCEEDINGS

## CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Pursuant to an agreement of the parties, the Court extended the completion of mediation to September 30, 2008. The parties executed a stipulation regarding discovery. The Court set a Further Case Management Conference for 10/3/08 @ 10:30 AM.