1  ARTHUR W. CURLEY, BAR NO. 60902
   BERNADETTE BANTLY, BAR NO. 124659
2  MEGHAN E. OLIVERI, BAR NO. 236107
   BRADLEY, CURLEY, ASIANO,
3  BARRABEE & GALE, P.C.
   1100 Larkspur Landing Circle, Suite 200
4  Larkspur, California 94939
   Telephone: (415) 464-8888
5  Facsimile: (415) 464-8887

6  Attorneys for Defendant
   BHARAT RAKSHAK, DDS

7

**FILED**

MAY – 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  TRUSTEES OF THE TRI-COUNTIES          )   No. C-07-06332 RMW
    WELFARE TRUST FUND and                )
12  PROFESSIONAL GROUP                    )   STIPULATION AND [PROPOSED] ORDER
    ADMINISTRATORS, INC., a corporation,  )   REGARDING DISCOVERY
13                                        )
                 Plaintiffs,              )
14                                        )
15       v.                               )
                                          )
16  BAHRAT RAKSHAK, DDS, a                )
    professional dental corporation, d/b/a )
17  RODEO DENTAL GROUP; LYNNE             )
    SIMMS, D.D.S., a professional dental  )
18  corporation, d/b/a RODEO DENTAL       )
    GROUP; JESSICA HUANTE,                )
19  individually; BAHRAT RAKSHAK,         )
    individually; LYNNE SIMMS,            )
20  individually; and DOES 1 through 15,  )
    inclusive,                            )
21                                        )
                 Defendants.              )
22

23       For purposes of economy, efficiency and to minimize inconvenience to witnesses, IT IS

24  HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective

25  counsel, that any and all discovery, including but not limited to depositions, production of

26  documents, interrogatories, and requests for admissions, taken in the case: *Good Samaritan*

27  *Hospital LP, d/b/a Good Samaritan Hospital, a California limited partnership v. Tri-Counties*

28  *Health and Welfare Trust Fund, a health plan insurer; Pacific Health Alliance, Inc., a California*

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

1  *corporation; Rodeo Dental Group, a California business and Does 1-50, inclusive*, California

2  Superior Court, Santa Clara County, Case No. 107CV095539, may be used for all purposes,

3  subject to applicable evidentiary objections, in the above captioned federal action.  Effective

4  immediately, undersigned parties agree to provide notice and service of all discovery requests,

5  responses to all parties in both cases.

6

7  Dated:  April ___, 2008                    Dated:  April ___, 2008

8      BEESON TAYER & BODINE, APC                BRADLEY, CURLEY, ASIANO,
                                                 BARRABEE & GALE, P.C.
9  By: _____              By: _____
10     TEAGUE P. PATERSON                       BERNADETTE BANTLY
       Matthew Morsello, Esq.                   Attorneys for Defendant
11     Attorneys for Plaintiff                  BHARAT RAKSHAK, DDS
       TRUSTEES OF THE TRI-                     Attorneys for Defendant
12     COUNTIES WELFARE TRUST                   RODEO DENTAL GROUP
       FUND and PROFESSIONAL
13     GROUP ADMINISTRATORS, INC.
       Attorneys for Defendant
14     TRI-COUNTIES HEALTH AND
       WELFARE TRUST FUND
15

16  Re: *Good Samaritan Hospital v. Tr-Counties Health and Welfare Trust Fund, et al.*, Santa
    Clara County Superior Court Case No. 107CV095539:
17

18  Dated:  April ___, 2008                    Dated:  April _____, 2008

19     HOOPER LUNDY & BOOKMAN, INC.                        WOLD LAW GROUP

20  By: _____              By: _____
21     MICHAEL A. DUBIN                         JAMES WOLD
       Glenn E. Solomon, Esq.                   Attorneys for Defendant
22     Attorneys for Plaintiff                  PACIFIC HEALTH ALLIANCE,
       GOOD SAMARITAN HOSPITAL                  INC.
23     LP

24                              **ORDER.**

25              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26

27  **DATED:**  5/2/08              _____

28                              HONORABLE RONALD M. WHYTE

BRADLEY, CURLEY,
ASIANO, BARRABEE &
GALE, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

H:\Docs\TDIC\7356\P\Stip re discovery consolidation.wpd