**FILED**

SEP 0 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Trustees of the Tri-Counties Welfare Trust Fund, <br><br> Plaintiff(s), <br><br> v. <br><br> Rakshak, <br><br> Defendant(s). | No. C 07-06332 RMW MED <br><br> **Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __9/4/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☑ phone discussions expected by (date) __10/30/08__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?     ☐ YES     ☐ NO

Dated: __9/4/08__                    _Morton H Orenstein_
                                      **Mediator, Morton H. Orenstein**
                                      Arbitrator & Mediator
                                      1530 Euclid Ave.
                                      Berkeley, CA 94708

Certification of ADR Session
07-06332 RMW MED